IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00350-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT WHITTALL,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section  3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (ECF Doc. No. 29), filed March 14, 2012, is **GRANTED.**  It is further

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated:  March 28, 2012.

                                          BY THE COURT:


                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE