IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00350-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ROBERT WHITTALL,

      Defendant.

---

## ORDER TO DISMISS

---

      Upon consideration of the Government's Motion to Dismiss, and for good cause

shown, it is hereby

      ORDERED that Government's Motion to Dismiss Count One of the Indictment

(ECF Doc. No. 30), filed March 14, 2012, is **GRANTED.**  It is further

      ORDERED that Count One of the Indictment be dismissed as to the defendant.

      Dated:  March 28, 2012.

                                BY THE COURT:


                                s/ Wiley Y. Daniel_____
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE